```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
YAAKOV KATZ, on behalf of himself and all
others similarly situated,

        Plaintiff,

v.

M&T BANK CORPORATION

        Defendant.
------------------------------------------------------X

Case No.: 12-cv-0146 (KMW)

**NOTICE OF DISMISSAL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action with prejudice as to Plaintiff and without prejudice as to the rights of the unnamed putative class members.

Dated: New York, New York
February 1, 2012

Respectfully Submitted,

**The Clerk of Court is directed to close this case. Any pending motions are moot.**

By: _____
Shimshon Wexler

The Law Offices of Shimshon Wexler, P.C.
2710 Broadway, 2FL
New York, NY 10025
(212) 760-2400
(917) 512-6132 (Fax)
*Attorney for Plaintiff*

2-3-12
SO ORDERED:

/s/ Kimba M. Wood
USDJ